UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

DON BRADLEY WALLACE,              )
        Plaintiff,              )
                                )   **JUDGMENT IN A CIVIL CASE**
V.                                )   **CASE NO. 5:16-cv-653-D**
                                )
ENHANCED RECOVERY COMPANY,        )
LLC,                              )
        Defendant.              )

**Decision by Court.**
This action came before this Court for ruling as follows.

IT IS ORDERED, ADJUDGED, AND DECREED that the court GRANTS defendant's motion to dismiss [D.E. 2] and OVERRULES plaintiff's objections.

**This Judgment Filed and Entered on October 26, 2016, and Copies To:**

| | |
|---|---|
| James W. Middleton | (via CM/ECF Notice of Electronic Filing) |
| Scott S. Gallagher | (via CM/ECF Notice of Electronic Filing) |
| James W. Middleton | (Sent to 1130 Gretna Green Dr. Charlotte, NC 28217 via US Mail) |

DATE:                           JULIE RICHARDS JOHNSTON, CLERK

October 26, 2016                (By)  /s/ Nicole Briggeman
                                Deputy Clerk